SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Shahryar Sefidpour D.D.S.,<br><br>M.S.D., Inc. et al<br><br>        Defendants | Case No. **2:09-cv-02088-FCD-EFB**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL NOVEMBER 5, 2009 FOR DEFENDANTS MARK O'BRIEN; TIMOTHY F. O'BRIEN TO RESPOND TO COMPLAINT |

 Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Mark O'Brien; Timothy F. O'Brien, by and through their respective attorneys of record, Scott N. Johnson; Kenneth R. Stone, stipulate as follows:

1. An extension of time has been previously obtained for Defendants Mark O'Brien; Timothy F. O'Brien until October 6, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Mark O'Brien; Timothy F. O'Brien are granted an extension until November 5, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Mark O'Brien; Timothy F. O'Brien response will be due no later than November 5, 2009.

IT IS SO STIPULATED effective as of October 7, 2009

Dated: October 7, 2009         /s/Kenneth R. Stone_ ___
                               Kenneth R. Stone,
                               Attorney for Defendants
                               Mark O'Brien; Timothy F.
                               O'Brien

Dated: October 7, 2009         /s/Scott N. Johnson ____
                               Scott N. Johnson,
                               Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

**IT IS SO ORDERED:** that Defendants Mark O'Brien; Timothy F. O'Brien shall have until November 5, 2009 to respond to complaint.

Dated:    October 13, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE