SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Shahryar Sefidpour D.D.S., M.S.D., Inc., et al,<br><br><br>Defendants | Case No.: CIV.S 09-cv-02088-FCD-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF BRETT ANDREW ADAIR; KECIA KRISTINE ADAIR AND ORDER**<br><br>Complaint Filed:  JULY 29, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Brett Andrew Adair; Kecia Kristrine Adair) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants. Defendants (Brett Andrew Adair; Kecia Kristrine Adair) are dismissed because Plaintiff is unable to effect proper service.

| | |
|---|---|
| 1 | Dated: October 14, 2009 |  /s/Scott N. Johnson_____ |
| 2 | | SCOTT N. JOHNSON |
| | | Attorney for Plaintiff |

**IT IS SO ORDERED**.

Dated: October 15, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-09-02088-FCD-EFB