UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,

  v.

SHAHRYAR SEFIDPOUR, D.D.S., M.S.D., INC., et. al.,

    Defendants.
_____/

NO.  2:09-CV-2088 FCD EFB

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representation of plaintiff, in the above action, the court has determined that this case has settled between plaintiff and defendants **Mark O'Brien and Timothy O'Brien only**.

    In accordance with the provisions of Local Rule 16-160, dispositional documents as to defendants Mark O'Brien and Timothy O'Brien only are to be filed on or before **November 10, 2009**. All dates/hearings as to those defendants set in this matter, to include any pending motions, are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    **IT IS SO ORDERED**.

Dated: October 21, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE