SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SCOTT N. JOHNSON | Case No.: CIV.S.09-02088 FCD EFB |
| Plaintiff, | **STIPULATED DISMISSAL OF MARK O'BRIEN; TIMOTHY F. O'BRIEN; ORDER** |
| vs. | |
| SHAHRYAR SEFIDPOUR D.D.S., M.S.D., INC., et. al., | Complaint Filed: JULY 29, 2009 |
| Defendants. | **CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendants (Mark O'Brien; Timothy F. O'Brien) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendants (Mark O'Brien; Timothy F. O'Brien) are dismissed because Plaintiff and these Defendants have settled their dispute.

Dated: November 11, 2009

/s/Scott N. Johnson_____
SCOTT N. JOHNSON
Attorney for Plaintiff

1

Dated: November 12, 2009                     /s/Kenneth R. Stone_____
                                             KENNETH R. STONE
                                             Attorney for Defendants,
                                             MARK O'BRIEN;
                                             TIMOTHY F. O'BRIEN

**IT IS SO ORDERED**.


Dated: November 16, 2009

                                             _____
                                             FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE

2

STIPULATED DISMISSAL; ORDER                              CIV: S-09-02088-FCD-EFB