SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>SHAHRYAR SEFIDPOUR D.D.S., M.S.D., INC., et. al.,<br><br>Defendants. | Case No.: CIV.S-09-02088-FCD-EFB<br><br>**STIPULATED DISMISSAL OF SHAHRYAR SEFIDPOUR D.D.S., M.S.D., INC., and MOJAN SEFIDPOUR ONLY; ORDER**<br><br>Complaint Filed: July 29, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendants (Shahryar Sefidpour D.D.S., M.S.D., Inc.; Mojan Sefidpour) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.  Defendants (Shahryar Sefidpour D.D.S., M.S.D., Inc.; Mojan Sefidpour) are dismissed because Plaintiff and these Defendants have settled their dispute.

Dated: January 6, 2010                                                     /s/Scott N. Johnson_____
                                                                                         SCOTT N. JOHNSON
                                                                                         Attorney for Plaintiff

1 | Dated: January ___, 2010                    ____/s/_____
2 |                                              DANIEL BAXTER
3 |                                              Attorney for Defendants,
  |                                              SHAHRYAR SEFIDPOUR D.D.S., M.S.D.,
4 |                                              INC.; MOJAN SEFIDPOUR

   **IT IS SO ORDERED**.

   Dated: January 8, 2010

                                                 _____
                                                 FRANK C. DAMRELL, JR.
                                                 UNITED STATES DISTRICT JUDGE

2