SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br><br>SHAHRYAR SEFIDPOUR D.D.S., M.S.D.,<br><br>INC., et. al.,<br><br>　　　　Defendants. | Case No.: CIV.S-09-02088 FCD EFB<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br><br><br>Complaint Filed: JULY 29, 2009 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2). The Parties shall bear their own costs and attorneys' fees in connection with this Lawsuit and the negotiation and preparation of this Agreement.

/ / /

/ / /

1 | Dated:  March 29, 2010                         LAW OFFICES OF SAMUEL G.
2 |                                                                      GRADER
3 |
4 |                                                                      /s/John T. Hill_____
5 |                                                                      JOHN T. HILL,
6 |                                                                      Attorneys for Defendants,
7 |                                                                      Bert J. Asplund; Young A. Asplund
8 |
9 | Dated:  March 29, 2010                         DISABLED ACCESS PREVENTS
10 |                                                                    INJURY, INC.
11 |
12 |                                                                    /s/Scott N. Johnson_____
13 |                                                                    SCOTT N. JOHNSON,
         Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: April 2, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE